NIEMEYER, Circuit Judge,
concurring in part and dissenting in part:
Except with respect to the disposition based on the discharge of Ruth Adkins, a supervisor, I concur in the majority opinion. With respect to Adkins, I respectfully dissent.
A supervisor generally does not enjoy the protections of § 7 of the NLRA. But there are exceptions. In USF Red Star, Inc. v. NLRB, 230 F.3d 102, 106 (4th cir.2000), we noted that although supervisors are not explicitly covered by the NLRA, § 8(a)(1) “is violated if a supervisor’s discharge results from his refusal to commit an unfair labor practice ” (emphasis added). But we have not held, as the majority now holds, that § 7 employee rights are violated when a supervisor is fired for giving testimony in a Board proceeding. Firing a supervisor for giving testimony is something quite different from firing a supervisor for committing an unfair labor practice against an employee. Accordingly, I would grant the petition of SNE Enterprises, Inc., with respect to the Board’s decision on Ruth Adkins’ discharge and deny the NLRB’s petition to enforce in that limited respect.